IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VERNON KING,**<br><br>*Plaintiff,*<br>v.<br><br>**AUTO MAX CORPORATION,**<br>**and I & A AUTO SALES, INC.,**<br><br>*Defendants.* | Case No. 2:23-cv-02350-JDW |

### ORDER

**AND NOW**, this 15th day of May, 2024, upon consideration of Defendant Auto Max Corporation's Motion for Summary Judgment Under FRCP 56 (ECF No. 47) and for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that the Motion is **DENIED**.

It is **FURTHER ORDERED** that, because the docket does not reflect that Mr. King ever made service upon Defendant I&A Auto Sales, Inc., Plaintiff shall show cause in a memorandum not to exceed 7 pages, filed on or before May 22, 2024, why I should not dismiss the claims against I&A without prejudice.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge